**RECEIVED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 15 2015

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - JC

1/7/16

BK # 15-82570

Re: Kozarzewski, Gustave and Dana

Good Day Judge Lynch,

I am writing you because I figure you're in charge of my entire file and I just can't afford more attorneys to be involved. I hired Aiken and Aiken out of Crystal Lake to file and represent me and they have filled but are not sending me any updates as far as and disciplinary meeting or objections. I had learned I had a 2004 Exam scheduled via mail and then called Aiken and Aiken and then informed me they only file they do not handle the 2004 Exam so then hired a separate attorney (Robert Schaller) to organize that in addition to the first attorney, who then informed me that I had pending court dates or discipline hearings set that I almost missed one, with Consumers that he said I could go to, and I made it, and requested a further status date which you scheduled for January 27th 2016. Thank you for that. And then I go back to meet with Robert Schaller to review documents I needed to get together for the 2004 exam. And then he informs me of another disciplinary meeting that I missed for Sentry Insurance. SO I don't even know how to track down, I then go back to the original filing Bk attorney and ask them since they are listed as my Bk attorney, they should at least inform me of all the contact they are receiving so I can prepare myself for each outstanding issue.

I guess what I am asking is possible guidance or when I return on the 27th to help me settle consumer's credit union. My relationship over the years has always been in contact regarding my two open loans, and have always kept them informed no matter what. And I have asked repeatedly to just reduce my payments so they can be affordable and they always said no. And now I can't even call them and negotiate because they say I am in an open Bk.

My intention regardless has never been to not pay them, and I had to listen them in my BK as required as one of my debts. And Explained to my Original attorney.

And I can afford a payment on both accounts of 350.00 per month, and an agreed balance that makes since after I have paid almost 1600 a month for 6.5 years and they still say I have a large balance and to them the solution is to keep filing lawsuits vs settling. I am sharing this in hopes you can help me with settling with them so I can move on with my life and put this behind me so I can just enjoy my family and pay my bills.

I am hoping the purpose of this status meeting is to offer a settlement and get things in order.

Thank you for reading this and taking the time

Gus Kozarzewski @ 847 845 1851